No. 86–1261. SEQUOIA BOOKS, INC. *v.* ILLINOIS (two cases). Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the

1058

judgment of conviction.